IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>CHAFFIN TOWER SERVICES, INC.,<br><br>Defendant. | Civil Action No. 18-CV-367-RAW |

## THIRD AMENDED WRIT OF EXECUTION

TO THE MARSHAL OF THE EASTERN DISTRICT OF OKLAHOMA

YOU HEREBY COMMANDED, that the property, goods, chattels, lands, and tenements of Defendant Chaffin Tower Services, Inc. ("Chaffin"), which is in the possession of Arvest Bank, 100 S. Muskogee Avenue, Tahlequah, OK 74464, in the form of a bank account, account number 23907313 ("Account"), in your district you cause to be made the sum of one hundred seventy three thousand three hundred sixty nine dollars ($173,369.00), which lately in the United States District Court of the United States for the Eastern District of Oklahoma, Plaintiff Zurich American Insurance Company of Illinois ("ZAICI") recovered against Chaffin, in an action between ZAICI and Chaffin in which Judgment was entered in favor of ZAICI and against Chaffin as appears by the record filed in the Clerk's Office of said District Court on the 27th Day of August, 2019, and return this execution within sixty (60) days after its receipt by you, to the Clerk of said District Court.

YOU ARE FURTHER COMMANDED to withdraw any and all funds from the Account, up to but not exceeding one hundred seventy three thousand three hundred sixty nine dollars ($173,369.00). Any and all funds withdrawn from the Account are to be paid to counsel for ZAICI, in the form of a cashier's check made payable to "Bressler, Amery & Ross, P.C." with reference number "16244-0084" included in the memo line. The cashier's check is to be sent, via First Class Mail, to counsel for ZAICI at the following address:

>Bressler, Amery & Ross, P.C.
>325 Columbia Turnpike
>Florham Park, New Jersey 07932
>Attn: Dennis E. Kadian, Esq.

DATED this 28th day of October, 2019.



_____
Patrick Keaney
Court Clerk
United States District Court
Eastern District of Oklahoma