# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>CHAFFIN TOWER SERVICES, INC.,<br><br>Defendant. | Civil Action No. 18-CV-367-RAW |

## THIRD AMENDED WRIT OF EXECUTION

TO THE MARSHAL OF THE EASTERN DISTRICT OF OKLAHOMA

YOU HEREBY COMMANDED, that the property, goods, chattels, lands, and tenements of Defendant Chaffin Tower Services, Inc. ("Chaffin"), which is in the possession of Arvest Bank, 100 S. Muskogee Avenue, Tahlequah, OK 74464, in the form of a bank account, account number 23907313 ("Account"), in your district you cause to be made the sum of one hundred seventy three thousand three hundred sixty nine dollars ($173,369.00), which lately in the United States District Court of the United States for the Eastern District of Oklahoma, Plaintiff Zurich American Insurance Company of Illinois ("ZAICI") recovered against Chaffin, in an action between ZAICI and Chaffin in which Judgment was entered in favor of ZAICI and against Chaffin as appears by the record filed in the Clerk's Office of said District Court on the 27th Day of August, 2019, and return this execution within sixty (60) days after its receipt by you, to the Clerk of said District Court.

YOU ARE FURTHER COMMANDED to withdraw any and all funds from the Account, up to but not exceeding one hundred seventy three thousand three hundred sixty nine dollars ($173,369.00). Any and all funds withdrawn from the Account are to be paid to counsel for ZAICI, in the form of a cashier's check made payable to "Bressler, Amery & Ross, P.C." with reference number "16244-0084" included in the memo line. The cashier's check is to be sent, via First Class Mail, to counsel for ZAICI at the following address:

> Bressler, Amery & Ross, P.C.
> 325 Columbia Turnpike
> Florham Park, New Jersey 07932
> Attn: Dennis E. Kadian, Esq.

DATED this 28th day of October, 2019.



*Patrick Keaney*
Patrick Keaney
Court Clerk
United States District Court
Eastern District of Oklahoma

FILED

NOV - 6 2019

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

This _Writ of Execution_ was returned executed on __11-1-19__ for _Negative balance on account. See attached bank letter._

Kerry Pettingill
U.S. Marshal

By: _____
DUSM



November 1st 2019

Joe Lundy
US Marshal Service
Jeffrey.lundy@usdoj.gov

Re: **Arvest internal tracking #2019-1570; Chaffin Tower Service; 18-cv-367-RAW**

Account #23907313 currently has a negative balance; there are no funds available in the account to debit.

If you have any questions or concerns, please do not hesitate to contact me.

**\*PLEASE SEND ALL FUTURE SUBPOENAS DIRECTLY TO OUR DEPARTMENT SO THAT WE RECEIVE THEM TO BE ABLE TO RESPOND IN A TIMELY MANNER.  YOU MAY SEND BY MAIL, FAX, OR EMAIL:**

**MAIL: ARVEST BANK, SUBPOENA SUPPORT, 5000 ROGERS AVE., FORT SMITH, AR 72903**
**FAX: 479-573-1406**
**EMAIL: ABG-SUBPOENASUPPORT-DG@ARVEST.com**

Thank you,

## Amanda Santos

**Arvest Bank | BSA Risk Department | Bank Secrecy Act Analyst**
**5000 Rogers Ave | Fort Smith AR, 72903**
**Phone: (479) 573-1223 | Fax:(479) 573-1406 | asantos@arvest.com**